UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOSEPH D.,**

    **Plaintiff,**

    v.

**COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,**

    **Defendant.**

Case No. 2:24-cv-4034
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## ORDER

This matter is before the Court on the Parties' Joint Motion for Remand. (ECF No. 10.) The Parties seek to remand this case to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of 42 U.S.C. § 405(g). (*Id.*) Accordingly, this matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative proceedings. Per the Parties' Joint Motion, upon remand, the claim will be completely reevaluated starting at the beginning of the sequential evaluation. Because this is a Title II only claim, and evidence from the relevant period has already previously been heard by an Administrative Law Judge, the Parties agree that a new hearing is not guaranteed.

The Joint Motion to Remand is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and terminate this case.

**IT IS SO ORDERED.**

**1/6/2025**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**